No. 82–1295. ESCAMBIA COUNTY, FLORIDA, ET AL. *v.* McMILLAN ET AL. C. A. 5th Cir. [Probable jurisdiction noted, 460

U. S. 1080.] Motion of American Civil Liberties Union for leave to file a brief as *amicus curiae* granted.